# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brayan Reyes Luna, | No. CV-26-02873-PHX-DWL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Petitioner challenges his immigration detention, arguing he was previous released from detention on his own recognizance under 8 U.S.C. § 1226(a), his immigration proceedings were thereafter terminated, he was redetained in March 2026, and has not been provided a bond hearing. (Doc. 1.) "Accordingly, Petitioner seeks a writ of habeas corpus requiring that he be immediately released from custody or, in the alternative, that Respondents provide a bond hearing under § 1226(a) within seven days." (*Id.* ¶ 8.)

The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents' response states:

> Respondents concede that here, Petitioner was previously released on an order of recognizance pursuant to 8 U.S.C. § 1226(a). Exhibit A ¶ 14. Accordingly, under the facts and circumstances of this case, Respondents do not oppose Petitioner's request to provide a bond hearing pursuant to section 1226(a) and ask that the Court allow Respondents seven days to do so.

(Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition in part and granting a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** to the extent it seeks a bond hearing under 8 U.S.C. § 1226(a). The petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond hearing within seven days or release him from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing petitioner or providing him a bond hearing. **That notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 5th day of May, 2026.

Dominic W. Lanza
United States District Judge

- 2 -